


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN RUBIO,<br><br>Defendant. | Case No. 2:14-mj-00019-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARTIN RUBIO , Case No. 2:14-mj-00019-KJN  from custody for the following reasons:

    _____   Release on Personal Recognizance

    __X__   Bail Posted in the Sum of $ _____

        __X__   Unsecured Appearance Bond $   100,000.00

        _____   Appearance Bond with 10% Deposit

        _____   Appearance Bond with Surety

        _____   Corporate Surety Bail Bond

        _____   (Other): Co-signed by Margarita Martinez, Joel Cortez,

        __X__   Martin Perez, Jr., Judith Perez, Richardo Perez, Ruby Lara, and Mario Ublado

Issued at Sacramento, California on February 10, 2014.

By: _/s/ Kendall J. Newman_

Magistrate Judge Kendall J. Newman