Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARTIN RUBIO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MARTIN RUBIO,<br><br>              Defendant. | CASE NO.  CR-S  14-0040 WBS<br><br>STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The Pretrial condition requiring Mr. Martin Rubio to maintain an electronic monitoring device is to be deleted. All other conditions will remain in effect. Pretrial Services has recommended this change. The Amended Conditions of Release are attached to this stipulation.

//

/

IT IS SO STIPULATED.

Stip. & [Proposed] Order - Pretrial                        1

1  Dated: Oct. 1, 2014  BENJAMIN B. WAGNER
   United States Attorney

3   /s/ Michael McCoy
    MICHAEL MCCOY
4   Assistant United States Attorney

6  Dated: Oct. 1, 2014   /s/  Dina L. Santos
    DINA SANTOS, ESQ.
    Attorney for Martin Rubio

## ORDER

IT IS SO FOUND AND ORDERED this 1st day of October, 2014

_____
HON. ALLISON CLAIRE
UNITED STATES MAGISTRAGE JUDGE

Stip. & [Proposed] Order - Pretrial          2

**AMENDED**
**Conditions of Release**
**Martin Rubio**
**2:14-cr-00040-WBS-13**
**September 30, 2014**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You shall cooperate in the collection of a DNA sample;

4. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You shall surrender your passport to the Clerk, U.S. District Court, and obtain no passport or other travel documents during the pendency of this case;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

9. You shall submit to drug and/or alcohol **testing** as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You shall not associate or have any contact with the following co-defendants unless in the presence of counsel:
    Francisco Javier Andrade FELIX (a.k.a. "Paco")
    Alejandro MARTINEZ (a.k.a. "Pelon", "Gallo", "El Gallo")
    Augustin RAMIREZ
    Miguel Angel FELIX (a.k.a. "Mili")
    Sergio MODESTO
    Antonio RAMIREZ (a.k.a. "Tonio")
    Gerardo BARRAZA
    Martin LOPEZ
    Alfonso MAGANA
    Rafael ALCAUTER
    Raul RANGEL

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.