Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARTIN RUBIO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN RUBIO,<br><br>  Defendant. | CASE NO. CR-S 14-0040 WBS<br><br>STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The Pretrial condition requiring Mr. Martin Rubio to abstain from alcohol shall be amended to read "You shall refrain from EXCESSIVE use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications(s). However, medicinal marijuana, prescribed or not, may not be used." All other conditions will remain in effect. Pretrial Services has recommended this change and the Government has no objection.

///

Stip. & [Proposed] Order - Pretrial                    1

1  IT IS SO STIPULATED.

2  Dated:  May 6, 2015                                   BENJAMIN B. WAGNER
                                                         United States Attorney

4                                                         /s/ Michael McCoy
                                                         MICHAEL MCCOY
5                                                         Assistant United States Attorney

6  Dated:  May 6, 2015                                    /s/  Dina L. Santos
7                                                         DINA SANTOS, ESQ.
                                                         Attorney for Martin Rubio

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of May, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. & [Proposed] Order - Pretrial                      2