UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED

NOV 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. CR S-14-0040-13 WBS |
| ) | |
| Plaintiff,    ) | |
| v.    ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **MARTIN RUBIO, T/N: MARTIN PEREZ**    ) | |
| **RUBIO; aka MARTIN RUBIO-MURRIETA**    ) | |
| ) | |
| Defendant.    ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Martin Rubio; T/N Martin Perez Rubio, aka Martin Rubio-Murrieta**, Case CR S-14-0040-13 WBS from custody for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    \_\_   Unsecured bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    **X**   (Other)   **Defendant was sentenced to a term of TIME SERVED.**

Issued at   Sacramento, CA   on   November 14, 2016   at   *10:10*   a.m.  .

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing